UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Case No. 09-20025

SAMUEL L. RIDDLE, JR.,                           HONORABLE AVERN COHN

    Defendant.

_____/

## ORDER REGARDING PRETRIAL MOTIONS

    This is a criminal case. Before the Court are the following motions:

1. Defendant's Motion in Limine (Dkt. #97)

2. The government's Motion in Limine to Preclude Evidence or Argument Concerning Improper Prosecution (Dkt. #102)

3. Defendant's Motion for Discovery (Dkt. #103)

    For the reasons stated on the record at the hearing on January 5, 2010, a ruling on defendant's Motion in Limine is deferred until after opening statements. The government's Motion in Limine to Preclude Evidence or Argument Concerning Improper Prosecution is GRANTED. Defendant has the right to move for reconsideration. Defendant's Motion for Discovery has been resolved as stated at the hearing.

    SO ORDERED.

Dated: January 6, 2010                s/ Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 6, 2010, by electronic and/or ordinary mail.

                                              s/ Julie Owens
                                              Case Manager, (313) 234-5160