UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 09-20025

SAMUEL L. RIDDLE, JR.,             HONORABLE AVERN COHN

    Defendant.
_____/

## **MEMORANDUM**

    Because of the publicity attendant on the progress of this case, it is important to remind the parties and their lawyers, as well as representatives of the media of the following:

    The names and addresses of prospective jurors, jurors and persons excused from jury service are not to be disclosed.

    Contact or conversation with prospective jurors, jurors and persons excused from jury service, as well as their family members, is not permitted during the course of the trial; this restriction does not apply once the trial is concluded.

    These restrictions do not apply to the demographic component of the jury once it is impaneled.

Dated:  January 8, 2010            s/ Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 8, 2010, by electronic and/or ordinary mail.

                                                              s/ Julie Owens
                                                               Case Manager, (313) 234-5160