UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 09-20025

D-04, SAMUEL L. RIDDLE, JR.,         HONORABLE AVERN COHN

    Defendant.

_____/

## CASE MANAGEMENT ORDER

This is a criminal case. Trial is set for July 12, 2010. On April 6, 2010, the Court held a status conference with the parties. This order memorializes the matters discussed at the status conference.

    1.    The Court has sent the parties papers used in the first trial as follows:

- Case Summary
- Preliminary Jury Instructions
- Summary of Indictment
- Final Jury Instructions
- Juror Questionnaire

    2.    The following timeline applies to jury selection:

- By May 15, 2010, the parties shall either agree on the form of the juror questionnaire or schedule a conference with the Court to resolve the questionnaire. Exhibit A is the jury selection timeline.

3. The motion cut off date is June 1, 2010.

SO ORDERED

Dated: April 7, 2010          S/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 7, 2010, by electronic and/or ordinary mail.

                                             S/Julie Owens
                                             Case Manager, (313) 234-5160