UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        CRIMINAL NOS.   09-20025-04
                                                                         09-20295-02
v.

                                                  HONORABLE AVERN COHN
SAMUEL L. RIDDLE, JR.,                    HONORABLE MARIANNE O. BATTANI

    Defendant.
                                      /

## ORDER AMENDING CONDITIONS OF BOND

On December 23, 2009 the defendant's bond was amended to add additional conditions. The Court having re-reviewed the conditions of pretrial release,

IT IS ORDERED that the following conditions are removed as of even date:

1. Defendant shall have no contact with Mary Waters in any way, direct, e-mail, or indirect through third parties.

2. Defendant shall have a curfew imposed daily from 9:00 p.m. to 7:00 a.m.

All other conditions of pretrial release continue in effect.

**SO ORDERED**.


Dated: April 16, 2010                  s/ Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

                                           s/ Marianne O. Battani
                                           MARIANNE O. BATTANI
                                           UNITED STATES DISTRICT JUDGE